UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL J. BRADWAY, V353098,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. GARZA, et al.,<br><br>　　　　Defendant(s). | Case No. 18-cv-01310-CRB (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at the California Healthcare Facility (CHCF) in Stockton, has filed a pro se action for injunctive relief under 42 U.S.C. § 1983. Plaintiff alleges that he has encountered recurring problems obtaining/maintaining single-cell status based on mental health needs at both the Richard J. Donovan Correctional Facility (RJD) in San Diego and CHCH, and accordingly seeks an order compelling the California Department of Corrections and Rehabilitation (CDCR) "to house [him] as 'permanent' single-cell status." Compl. (ECF No. 1) at 3.

A substantial part of the events or omissions giving rise to plaintiff's claim occurred in the counties of San Diego and San Joaquin, which lie within the venues of the Southern and Eastern Districts of California. See 28 U.S.C. § 84(b) & (d). And the defendants named reside within the venues of the Southern and Eastern Districts of California. See id. Venue therefore properly lies in the Southern or Eastern District of California, and not in this judicial district. See id. § 1391(b).

But because plaintiff only seeks injunctive relief and currently is incarcerated within the venue of the Eastern District, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1404(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: April 6, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL J. BRADWAY,<br>　　　　Plaintiff,<br>　　v.<br>E. GARZA, et al.,<br>　　　　Defendants. | Case No. 3:18-cv-01310-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 6, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriel J. Bradway ID: V35309
CA Healthcare Facility E1C-223L
P.O. Box 32290
Stockton, CA 95213

Dated: April 6, 2018

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER